2015-2232 (La. 5/2/16)

**STATE of Louisiana in the INTEREST OF T.R.**

NO. 2015-CK-2232

Supreme Court of Louisiana.

May 2, 2016

Applying For Writ of Certiorari and/or Review, Parish of St. Mary, City Court of Morgan City, No. 16,780 & 16,781; to the Court of Appeal, First Circuit, No. 2015 CJ 0902 C/W 2015 CJ 0903;

Denied.

■

2016-0449 (La. 5/2/16)

**Gustave J. LABARRE, Jr., et al.**

v.

**OCCIDENTAL CHEMICAL COMPANY, et al.**

No. 2016-CC-0449

Supreme Court of Louisiana.

May 2, 2016

Applying For Supervisory and/or Remedial Writs, Parish of Assumption, 23rd Judicial District Court Div. A, No. 33796; to the Court of Appeal, First Circuit, No. 2015 CW 1752.

Denied.

■

2016-0450 (La. 5/2/16)

**FLORIDA GAS TRANSMISSION COMPANY, LLC**

v.

**TEXAS BRINE COMPANY, LLC, et al.**

NO. 2016-CC-0450

Supreme Court of Louisiana.

May 2, 2016

Applying For Supervisory and/or Remedial Writs, Parish of Assumption, 23rd Judicial District Court Div. B, No. 34316; to the Court of Appeal, First Circuit, No. 2015 CW 1813

Denied.

■

2016-0482 (La. 5/2/16)

**SASOL NORTH AMERICA, INC.**

v.

**LOUISIANA DEPARTMENT OF REVENUE**

NO. 2016-C-0482

Supreme Court of Louisiana.

May 2, 2016

Applying For Writ of Certiorari and/or Review; Louisiana Board of Tax Appeals, No. 8580; to the Court of Appeal, Third Circuit, No. 15-569

Denied.